

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

BY _4/21/26_ ⟋𝓂𝓊
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 2:26-cr-00004-mkl |
| | ) |
| JONEYKER RAFAEL RAMOS GUILLEN | ) |
| | ) |
| Defendant. | ) |

**SUPERSEDING INFORMATION**

The United States charges:

COUNT 1

On or about December 23, 2025, in the District of Vermont and elsewhere, the defendant, JONEYKER RAFAEL RAMOS GUILLEN, knowing and in reckless disregard of the fact that certain persons, specifically B.G.G., L.N., Z.X., and Minor Child 1, were aliens without prior official authorization to come to, enter, and reside in the United States, knowingly brought those persons to the United States at a place other than as designated by the Secretary of Homeland Security for the purpose of private financial gain.

(8 U.S.C. §§ 1324(a)(1)(A)(i), (a)(1)(B)(i); 18 U.S.C. § 2)

JONATHAN A. OPHARDT
First Assistant U.S. Attorney

DAVID GOLUBOCK
Assistant United States Attorney
Burlington, Vermont
April 21, 2026